## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

IN RE: Allied Systems Holdings Inc. et al.
_____

| Yucaipa American Alliance Fund H LP, | : | |
| --- | --- | --- |
| Appellants, | : : | |
| v. | : : | C. A. No. 13-1580-SLR |
| BDCM Opportunity Fund II, et al., | : : | Bankruptcy Case No. 12-11564 ADV No. 13-50530 |
| Appellees. | : | AP No. 13-86 |

_____

IN RE: Allied Systems Holdings Inc. et al.
_____

| Yucaipa American Alliance Fund H LP, | : | |
| --- | --- | --- |
| Appellants, | : : | |
| v. | : : | C. A. No. 13-1583-SLR |
| BDCM Opportunity Fund II, et al., | : : | Bankruptcy Case No. 12-11564 ADV No. 13-50947 |
| Appellees. | : | AP No. 13-84 |

_____

## **ORDER**

At Wilmington this **17th** day of **October, 2013**.

Pursuant to this Court's Standing Order dated September 11, 2012, regarding procedures to govern mediation of all appeals from the Bankruptcy Court which places such appeals in mandatory mediation;

IT IS ORDERED that on or before **4:00 p.m., October 31, 2013,** the parties shall advise in a joint written submission of no longer than three (3) pages 12 point font

directed to Magistrate Judge Thynge, their respective positions regarding mediation and reasoning for their positions. This submission **shall not** be docketed, but shall be delivered to the Clerk's Office of the District Court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE