IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ALLIED SYSTEMS HOLDINGS, INC., ) | Bk. No. 12-11564 (CSS) |
| et al., ) | |
| ) | |
| Debtors. ) | |
| _____) | |
| YUCAIPA AMERICAN ALLIANCE ) | |
| FUND II LP, et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civ. No. 13-1580-SLR |
| ) | |
| BDCM OPPORTUNITY FUND II, et al., ) | |
| ) | |
| Appellees. ) | |
| _____) | |
| YUCAIPA AMERICAN ALLIANCE ) | |
| FUND II LP, et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civ. No. 13-1583-SLR |
| ) | |
| BDCM OPPORTUNITY FUND II, et al., ) | |
| ) | |
| Appellees. ) | |

**ORDER**

At Wilmington this 5th day of November, 2013, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **December 5,**

2013.

    2. Appellees' brief in opposition to the appeal is due on or before **January 6, 2014.**

    3. Appellants' reply brief is due on or before **January 21, 2014.**

_____<br>United States District Judge