IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>ALLIED SYSTEMS HOLDINGS, INC., et al.,<br><br>       Debtors. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Bk. No. 12-11564 (CSS) |
| YUCAIPA AMERICAN ALLIANCE FUND II LP, et al.,<br><br>       Appellants,<br><br>v.<br><br>BDCM OPPORTUNITY FUND II, et al.,<br><br>       Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 13-1580-SLR |
| YUCAIPA AMERICAN ALLIANCE FUND II LP, et al.,<br><br>       Appellants,<br><br>v.<br><br>BDCM OPPORTUNITY FUND II, et al.,<br><br>       Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 13-1583-SLR |

**O R D E R**

At Wilmington this 19th day of February, 2015, the above captioned cases having been stayed through January 5, 2015;

IT IS ORDERED that, on or before **March 19, 2015**, appellants shall submit a status report.

                                                                                                                             _____<br>                                                                                                                           United States District Judge