**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re:<br>ALLIED SYSTEMS HOLDINGS, INC. *et al.*, | ) ) ) ) ) | |
| YUCAIPA AMERICAN ALLIANCE<br>FUND II, LP, *et al.* | ) ) ) | C.A. Nos. 13-1580-SLR<br>13-1583-SLR |
| Appellants, | ) ) | Bankruptcy Case No. 12-11564 |
| v. | ) ) ) ) | Adv. Nos. 13-50530<br>13-50947<br>AP Nos. 13-86, 13-84 |
| BDCM OPPORTUNITY FUND II, *et al.* | ) ) | **Docket Ref No. 23** |
| Appellees. | ) | |

### D. DEL. L.R. 7.1.1 STATEMENT

The undersigned counsel for Yucaipa hereby certifies in accordance with Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware that reasonable efforts under the circumstances were made to reach an agreement with the opposing parties in this Appeal with respect to the subject matter of the *Motion for Order Shortening Briefing Schedule and Scheduling a Hearing on Appellants' Motion to Expedite Appeal* (the "Motion") (D.I. 23). No agreement was reached and BD/S indicated they do not consent to the relief requested by the Motion.

Dated:  Wilmington, Delaware
        June 25, 2015

                                       YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                       */s/ Edmon L. Morton*
                                       Michael R. Nestor (No. 3526)
                                       Edmon L. Morton (No. 3856)
                                       Rodney Square
                                       1000 North King Street

Wilmington, DE 19801
Telephone: (302) 571-6600
mnestor@ycst.com

- and -

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
Sabina Jacobs
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
rklyman@gibsondunn.com

- and -

GIBSON, DUNN & CRUTCHER LLP
Matthew K. Kelsey
Mary Kate Hogan
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
mkelsey@gibsondunn.com

*Attorneys for Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.*